FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

| SOUTHERN DISTRICT OF MISSISSIPPI |
| --- |
| **FILED** |
| JUL 02 2019 |
| ARTHUR JOHNSTON |
| BY _____ DEPUTY |

Brooks                    14264
_____
(Last Name)        (Identification Number)
Christopher              michael
_____
(First Name)            (Middle Name)
George County Regional Correctional Facility
_____
(Institution)
154 Industrial Park RD Lucedale ms 39452
_____
(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

V.

CIVIL ACTION NUMBER: 1:19cv361 HSO-JCG
(to be completed by the Court)

George County Regional Correctional Facility
_____

Bobby Fairley
_____

Terry Rodgers
_____

_____
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes ( X )      No ( )

B.   Are you presently incarcerated?
     Yes ( X )      No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because
     you had been convicted of a crime?
     Yes ( )      No ( X )

D.   Are you presently incarcerated for a parole or probation violation?
     Yes ( )      No ( X )

E.   At the time of the incident complained of in this complaint, were you an inmate of the
     Mississippi Department of Corrections (MDOC)?
     Yes ( )      No ( X )

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )      No ( X )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: _Christopher Brooks_          Prisoner Number: _14264_

Address: _154 Industrial Park RD_

_____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: _Bobby Fairley/warden_ is employed as _George County Regional Correctional Facility_ at _154 Industrial Park RD Lucedale ms 39452_

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:
_Christopher Brooks_

ADDRESS:
_154 Industrial Park RD Lucedale ms 39452_

_____

DEFENDANT(S):

NAME:
_George County Regional Correctional Facility_

_Bobby Fairley_

_Terry Rodgers_

ADDRESS:

_154 Industrial Park RD_

_Lucedale ms 39452_

## OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.   Have you ever filed any lawsuits in a court of the United States?   Yes (   )  No ( X )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1.   Parties to the action:_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket Number:_____

4.   Name of judge to whom case was assigned:_____

5.   Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

_____

CASE NUMBER 2.
1.   Parties to the action:_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket Number:_____

4.   Name of judge to whom case was assigned:_____

5.   Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

_____

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I have asked repeatedly for legal material, legal access to laws, rules and forms to protect my constitutional rights and protect my rights to be given such items. I was told that county inmates are not allowed access to the law and every time I have asked I was told that She aint a paralegal and county inmates dont get those things I wrote the clerk of courts He said the Jail was to provide these things. Ive been incarserated for 16 months now with no indictment and no way to defend myself

## RELIEF

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

To be immediatly released I can prove my innocense.

To be provided access to the law as Stated in handbook that I can

To be reinburst 100 dollars a day for everyday Spent in Jail

a formal apology from George County

Signed this 16th day of June , 20 19 .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signature of plaintiff