**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CHRISTOPHER MICHAEL BROOKS**                                                         **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO.  1:19-cv-361-HSO-JCG**

**GEORGE COUNTY, ET AL.**                                                              **DEFENDANTS**

**ORDER TO SHOW CAUSE**

Christopher M. Brooks ("Plaintiff") brings this pro se Complaint [ECF No. 1] pursuant to 42 U.S.C. § 1983.  On November 12, 2019, the Court entered an Order [ECF No. 10] directing Plaintiff, on or before December 3, 2019, to file a written response providing specific information.  Plaintiff was warned that failure to timely comply with the requirements of the Order may lead to the dismissal of his Complaint.  Plaintiff has not complied with the Court's Order.  Accordingly, it is,

ORDERED:

(1)  That on or before January 23, 2020, Plaintiff shall file a written response showing cause why this case should not be dismissed for his failure to comply with a Court Order;

(2)  That on or before January 23, 2020, Plaintiff shall comply with the previous Order by filing a written response as set forth in the November 12, 2019 Order [ECF No. 10];

(3)  That the Clerk is directed to mail a copy of this Order along with a copy of the November 12, 2019 Order [ECF No. 10] to Plaintiff at his address of record;

(4)  That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and will result in this cause being dismissed without further notice to the Plaintiff.

THIS, the 9th day of January, 2020.

s/John C. Gargiulo<br>
UNITED STATES MAGISTRATE JUDGE