IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER MICHAEL BROOKS**                          **PLAINTIFF**

**v.**                                    **CIVIL NO. 1:19cv361-HSO-JCG**

**GEORGE COUNTY, MISSISSIPPI,**
**BOBBY FAIRLEY, AND**
**TERRY RODGERS**                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 12th day of March, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE